MECHANICAL SERVICES, INC. v.
J. TURCO PAVING CONTRACTOR, INC., *ET AL.*

May 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT GRIFFIN.

May 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE LINDSEY, *ET AL.*

May 17, 1972. Petition for certification denied.

RAYMOND J. THORNTON v.
CHAMBERLAIN MANUFACTURING CORP.

May 17, 1972. Petition for certification granted. (See 118 *N. J. Super.* 540)

STATE OF NEW JERSEY v. LOUIS WESTRY.

May 17, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT SOLLAZZO.

May 17, 1972. Petition for certification denied.